# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 KIMBERLY BURKE, ET AL
        Plaintiff

                  CIVIL ACTION
      V.
                  NO.   09-10913-GAO

 ALLIED INTERSTATE
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

 O'TOOLE                D. J.

The Court having been advised on   SEPTEMBER 22, 2009   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                       By the Court,

 9/25/09                                 /s/ Paul Lyness
    Date                                  Deputy Clerk

(Dismissal Settlement.wpd - 12/98)